**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6746**

_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

FREDERICK J. SMITH,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.  (3:08-cr-00032-REP-1)

_____

Submitted: October 31, 2013       Decided: November 12, 2013

_____

Before MOTZ, GREGORY, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Frederick J. Smith, Appellant Pro Se. Michael Arlen Jagels, Special Assistant United States Attorney, Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick J. Smith appeals the district court's order denying his motion to correct his trial transcript under Fed. R. App. P.10(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Smith, No. 3:08-cr-00032-REP-1 (E.D. Va. Apr. 8, 2013). We deny Smith's motion for transcripts at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2